# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2007

133645

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CITIFINANCIAL MORTGAGE
COMPANY, LLC,
      Plaintiff-Appellant,

v

COMERICA BANK,
      Defendant-Appellee,

and

NORMA J. HETTICH,
      Defendant.

SC: 133645
COA: 270453
Genesee CC: 05-081083-CH

_____/

On order of the Court, the application for leave to appeal the December 21, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2007

_____
Clerk

s1114